STEVEN T. GUBNER - Bar No. 156593
LARRY W. GABRIEL - Bar No. 68329
REAGAN E. BOYCE - Bar No. 248064
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone:  (818) 827-9000
Facsimile:  (818) 827-9099
Email:      sgubner@ebg-law.com
            lgabriel@ebg-law.com
            rboyce@ebg-law.com

Special Counsel for Howard Grobstein, Liquidating Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT FOR CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:13-bk-22155-DS |
| NEW MEATCO PROVISIONS, LLC, | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| HOWARD GROBSTEIN, LIQUIDATING TRUSTEE FOR THE NEW MEATCO LIQUIDATING TRUST | Adv Case No. 2:15-ap-01170-DS |
| Plaintiff, | **DISMISSAL OF DEFENDANTS ONLY:** **MEATCO PROVISIONS, INC.;** **ROBERT A. FOWLER,;** **ALEXANDER P. COLEMAN;** **RICK MAZUR;** **JOSHUA GOLDBERG;** **AMANT DEWAN;** **MEATCO ACQUISITION COMPANY, LLC;** **PROSPECT CAPITAL CORPORATION;** **CALME HOLDINGS, INC.;** **DAVID MOSZER; and** **JOHN KNEISLEY** |
| v. | |
| MORAD HAROUNI, an individual, THE AVISAR FAMILY TRUST, by and through its trustees, EYTAN AVISAR, an individual and SUSAN AVISAR, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

Plaintiff, Howard Grobstein, the Liquidating Trustee for the New Meatco Liquidating Trust, hereby dismisses the above captioned adversary proceeding as to the following Defendants only, with prejudice: MEATCO PROVISIONS, INC.; ROBERT A. FOWLER; ALEXANDER P. COLEMAN; RICK MAZUR; JOSHUA GOLDBERG; AMANT DEWAN; MEATCO ACQUISITION COMPANY, LLC; PROSPECT CAPITAL CORPORATION; CALME HOLDINGS, INC.;  DAVID MOSZER; and  JOHN KNEISLEY.

On April 3, 2015, Plaintiff filed the complaint commencing this adversary proceeding. None of the above listed defendants were served with the complaint. On May 7, 2015, Plaintiff filed his First Amended Complaint, omitting the above referenced defendants. Plaintiff herein requests that the above listed defendants be dismissed, with prejudice, from this adversary proceeding.

DATED: May 8, 2015                    EZRA BRUTZKUS GUBNER LLP


                                      /s/ Reagan E. Boyce
                              By:_____
                                      Reagan E. Boyce
                              Attorneys for, Howard Grobstein, Liquidating Trustee
                              for the New Meatco Liquidating Trust